# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALTHEIA ELLEN TILLEY, individually; and     PLAINTIFFS
ALTHEIA ELLEN TILLEY, parent, natural
guardian, and next best friend of CLIFTON
TOWNSLEY, a minor

v.                 NO. 4:06CV01669 WRW

SCHNEIDER NATIONAL CARRIERS, INC.,     DEFENDANTS
and DWAYNE E. KIMBREL

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The defendants' motions to compel and/or supplements are granted in part and denied in part. See Documents 14, 16, and 18. The motions to compel and/or supplements are granted as to interrogatories 1, 4, and 8, and request for production of documents 1. The plaintiffs are ordered to fully and completely respond to interrogatories 1, 4, and 8, and request for production of documents 1 by the close of business on January 4, 2008.

The defendants' motions to compel and/or supplement are denied as to

interrogatories 9(a), 11(a), and 11(b), and request for production of documents 11.  The plaintiffs are nevertheless ordered to supplement their responses to interrogatories 9(a), 11(a), and 11(b), and request for production of documents 11 in the event they subsequently acquire information relevant to those discovery requests.

IT IS SO ORDERED this 6th day of December, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE