IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALTHEIA ELLEN TILLEY     PLAINTIFF

vs.     CASE NO: 4:06CV01669 BSM

SCHNEIDER NATIONAL
CARRIERS, INC., ET AL     DEFENDANTS

## ORDER

On May 27, 2008, Magistrate Judge H. David Young issued Findings and Recommendation that the court issue an order requiring Plaintiff and her attorney to appear before the court to show cause why Plaintiff or her attorney should not be held in contempt for failure of Plaintiff to attend the May 21, 2008 settlement conference. Plaintiff has not filed objections to the Findings and Recommendation.

The court hereby adopts the Recommendation of the Magistrate Judge. Plaintiff and her attorney are directed to appear before the court in courtroom 2D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, on June 17, 2008 at 9:00 a.m.

IT IS SO ORDERED this 11th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE