IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALTHEIA ELLEN TILLEY                                              PLAINTIFF

vs.                                    NO: 4:06CV1669BSM

SCHNEIDER NATIONAL
CARRIERS, INC., ET AL.                                           DEFENDANTS

## ORDER

The hearing set for June 17, 2008 at 9:00 a.m. requiring Plaintiff and her

attorney to appear before the court to show cause why Plaintiff or her attorney should

not be held in contempt for Plaintiff failing to appear at the May 21, 2008 settlement

conference is removed from the docket and is continued until further Order of the court.

IT IS SO ORDERED this 13th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE